### MRS. KIRBY SMITH v. THE STATE.

No. 4326.   Decided January 10, 1917.

**Carrying Pistol—Sufficiency of the Evidence.**

Where, upon trial of unlawfully carrying a pistol, the evidence, although conflicting, sustained the conviction, there was no reversible error.

Appeal from the County Court of Bexar.   Tried below before the Hon. Nelson Lytle.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of one hundred dollars.

The opinion states the case.

*G. Grant White,* for appellant.—On question of insufficiency of the evidence:   Smith v. State, 10 Texas Crim. App., 420.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—This is an appeal from a conviction for unlawfully carrying a pistol, with the lowest punishment assessed.

The sole question in the case is whether or not the evidence was sufficient to sustain the conviction. The State introduced two witnesses, one of whom testified positively that appellant did have and carry a pistol. He was strongly corroborated by the party he was with in some particulars. Appellant denied positively that she had the pistol at the time and place testified to by the State's witness, and her friend who was with her testified substantially to the same thing. So that it is seen that the State's testimony, if believed, unquestionably was sufficient to show the commission of the offense and authorized the verdict, while that of the accused would have authorized the jury to have acquitted her. The jury believed the State's witnesses, and we can not disturb the verdict.

The judgment is, therefore, affirmed.

*Affirmed.*